# Exhibit A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 31 03:21:35 EDT 2014

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List]
[Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 2 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# REBEL ADVANCE MOTORCYCLE GEAR

| | |
|---|---|
| **Word Mark** | REBEL ADVANCE MOTORCYCLE GEAR |
| **Goods and Services** | IC 025. US 022 039. G & S: Leather jackets; Motorcycle jackets. FIRST USE: 20090800. FIRST USE IN COMMERCE: 20090800 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86145220 |
| **Filing Date** | December 16, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 26, 2014 |
| **Owner** | (APPLICANT) TEGOL, INC. CORPORATION CALIFORNIA 955 VENICE BLVD. LOS ANGELES CALIFORNIA 90015 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Evan Anderson |
| **Prior Registrations** | 4028949 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ADVANCE MOTORCYCLE GEAR" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

10/31/2014     Trademark Electronic Search System (TESS)

Case 2:14-cv-01307-RGK-SH   Document 33-1   Filed 10/31/14   Page 3 of 7   Page ID #:166

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

ADVISORY: If you experience any trouble when clicking on the direct links to published records in Notices of Publication received via email and/or that appear in TSDR (Trademark Status and Document Retrieval), you can access the individual record by either 1) copying the link from the email or Notice of Publication in TSDR and pasting it into the url address of a supported browser (IE 10.0 or later and the latest versions of FireFox, Chrome or Safari); or 2) visiting the TMOG main page at https://tmog.uspto.gov/, selecting the Official Gazette issue date from the list of Issues in the upper left corner and then entering the 8 digit serial number in the box labeled "Search By" and clicking on the magnifying glass icon to execute the search.

STATUS    DOCUMENTS                                                                    Back to Search          Print

Generated on: This page was generated by TSDR on 2014-10-31 16:18:06 EDT

Mark: REBEL

# REBEL

US Serial Number: 86146262                                    Application Filing Date: Dec. 17, 2013
Filed as TEAS Plus: Yes                                       Currently TEAS Plus: Yes
Register: Principal
Mark Type: Trademark
Status: An opposition after publication is pending at the Trademark Trial and Appeal Board. For further info Trademark Trial and Appeal Board web page.
Status Date: Jun. 03, 2014
Publication Date: May 06, 2014

## Mark Information

Mark Literal Elements: REBEL
Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or col
Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Related Properties Information

Claimed Ownership of US Registrations: 4028949

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Motorcycle helmets

International Class(es): 005 - Primary Class    U.S Class(es): 021, 023, 026

Class Status: ACTIVE

Basis: 1(a)

First Use: Mar. 2009    Use in Commerce: Mar. 2009

## Basis Information (Case Level)

Filed Use: Yes    Currently Use: Yes
Filed ITU: No    Currently ITU: No
Filed 44D: No    Currently 44D: No
Filed 44E: No    Currently 44E: No
Filed 66A: No    Currently 66A: No
Filed No Basis: No    Currently No Basis: No

## Current Owner(s) Information

Owner Name: Helmet Venture, Inc.

Owner Address: 955 Venice Blvd.
Los Angeles, CALIFORNIA 90015
UNITED STATES

Legal Entity Type: CORPORATION    State or Country Where Organized: CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Evan Anderson

Attorney Primary Email Address: evan@bviplaw.com    Attorney Email Authorized: Yes

**Correspondent**

Correspondent Name/Address: EVAN ANDERSON
BRAND VENTURES INTELLECTUAL PROPERTY LAW
6080 CENTER DRIVE
SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90045
UNITED STATES

Phone: (310) 425-3428    Fax: (424) 750-949

Correspondent e-mail: evan@bviplaw.com    Correspondent e-mail Authorized: Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 18, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 03, 2014 | OPPOSITION INSTITUTED NO. 999999 | 216674 |
| Jun. 03, 2014 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| May 06, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 06, 2014 | PUBLISHED FOR OPPOSITION | |
| Apr. 16, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 24, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 24, 2014 | ASSIGNED TO EXAMINER | 72004 |
| Jan. 02, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 20, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**

    Total Assignments: 1          **Applicant:** Helmet Ventu

**Assignment 1 of 1**

## Proceedings - Click to Load

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# TTABVUE. Trademark Trial and Appeal Board Inquiry System

v1.6

## Cancellation

**Number:** 92058234
**Status:** Pending
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** ANN LINNEHAN

**Filing Date:** 11/12/2013
**Status Date:** 11/18/2013

### Defendant

**Name:** Helmet Venture Inc
**Correspondence:** EVAN ANDERSON
BRAND VENTURES IP LAW
6080 CENTER DR, SIXTH FLOOR
LOS ANGELES, CA 90045
UNITED STATES
evan@bviplaw.com

**Serial #:** 85287899    Application File
**Application Status:** Cancellation Pending
**Mark:** REBEL HELMETS

**Registration #:** 4028949

### Plaintiff

**Name:** Jafrum International Inc.
**Correspondence:** THOMAS L ADAMS
120 EAGLE ROCK AVENUE, SUITE 130
EAST HANOVER, NJ 07936
UNITED STATES
adams@newidea.com

### Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 13 | 09/11/2014 | SUSP PEND DISP OF CIVIL ACTION | |
| 12 | 09/05/2014 | PAPER RECEIVED AT TTAB | |
| 11 | 08/25/2014 | RESPONSE DUE | |
| 10 | 07/26/2014 | SUSP PEND DISP OF OUTSTNDNG MOT | |
| 9 | 06/24/2014 | P OPP/RESP TO MOTION | |
| 8 | 06/05/2014 | D MOT TO SUSP PEND DISP CIV ACTION | |
| 7 | 02/26/2014 | TRIAL DATES RESET | |
| 6 | 01/13/2014 | P APPEARANCE / POWER OF ATTORNEY | |
| 5 | 01/13/2014 | P REQ TO W/DRAW AS ATTORNEY | |
| 4 | 12/31/2013 | ANSWER | |
| 3 | 11/18/2013 | PENDING, INSTITUTED | |
| 2 | 11/18/2013 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 12/28/2013 |
| 1 | 11/12/2013 | FILED AND FEE | |

Results as of 10/31/2014 04:45 PM    Search: