JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-01307-RGK (SHx) | Date | July 6, 2015 |
|---|---|---|---|
| Title | HELMET VENTURE, INC. v. JAFRUM INTERNATIONAL, INC., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Eric Kennedy |

**Proceedings:**     **PRETRIAL CONFERENCE (NOT HELD)/STATUS CONFERENCE**

    Case called.  Counsel for the plaintiff is not present and has not contacted the Court regarding his appearance.  Court and defense counsel confer regarding status of the case.  There has been no activity in this case since January, 2015.  The Court deems the case to have been abandoned by the plaintiff and orders the matter dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

                                                                        :   02

Initials of Preparer    slw