Eric M. Kennedy, Bar No. 228393
E-mail: emk@paynefears.com
PAYNE & FEARS LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

Attorneys for Defendant
Jafrum International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

<table>
<tr><td>HELMET VENTURE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAFRUM INTERNATIONAL, Inc.<br><br>Defendant.</td><td>Case No. 2:14-cv-01307 RGK (SJHx)<br><br>**DECLARATION OF ROBERT M. WARD IN SUPPORT OF DEFENDANT JAFRUM INTERNATIONAL'S SECOND MOTION FOR ATTORNEY'S FEES**<br><br>Judge:  Hon. R. Gary Klausner<br>Date:   October 19, 2015<br>Time:   9:00 a.m.<br>Place:  Courtroom 850<br><br>Action Filed:   February 21, 2014<br>Trial Date:     July 21, 2015</td></tr>
</table>

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES, CALIFORNIA 90017
(213) 439-9911

I, Robert Ward, declare as follows:

1.    I am lead counsel for the Defendant Jafrum International, Inc. in the above entitled proceeding.

2.    I am a partner in the intellectual property firm of Dilworth IP, with multiple offices around the United States.

3.    I am a member of the Bars of the States of Illinois, Georgia and South Carolina.

4.    For 44 years, I have focused my legal practice on the trial and appeal of intellectual property cases, and during that time have practiced nationally in virtually every major city in the United States, and many of the minor cities.

5.    Attached hereto as <u>Exhibit A</u> is true and correct copy of the bill sent to Jafrum for work I did relating to Jafrum's first attorney's fees motion, which total $2,847.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of September 2015, at Irvine, California.

_Robert M. Ward (40)_

Robert M. Ward

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES, CALIFORNIA 90017
(213) 439-9911