1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELMET VENTURE, INC., | Case No. 2:14-cv-01307 RGK (SJHx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| JAFRUM INTERNATIONAL, | |
| Defendant. | |

On February 21, 2014, Helmet Venture Inc. ("Plaintiff") filed a complaint against Jafrum International, Inc. ("Defendant" or "Jafrum"). On June 25, 2014, Plaintiff had still not served process on Defendant, prompting this Court to issue an Order to Show Cause why the case should not be dismissed for failure to prosecute. (Dkt. 12.) Plaintiff thereafter served process on Defendant. (Dkt. 13.) On August 21, 2014, Plaintiff amended its complaint to add an additional plaintiff, Tegol, Inc. (Dkt. 22.)

On November 3, 2014, this Court held a scheduling conference, which Plaintiff's counsel did not attend. Once again, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. (Dkt. 36.)

On November 17, 2014, both parties attended a scheduling conference, although Plaintiff's counsel arrived late. The Court set a Pre-Trial Conference date of July 6, 2015 and a Trial date of July 21, 2015. (Dkt. 39.)

Between the scheduling conference (November 17, 2014) and the Pre-Trial Conference (July 6, 2015), Plaintiff did not take a single action to move the case forward. Moreover, Plaintiff failed to appear at the Pre-Trial Conference held on July 6, 2015. Consequently, this Court deemed the case abandoned, and dismissed the matter for lack of prosecution. (Dkt. 44.)

Defendant then moved for attorneys' fees on July 20, 2015, which this Court took under submission. (Dkt. 46.) On August 24, 2015, this Court granted Defendant's motion and entered judgment in favor of Defendant for attorneys' fees in the amount of $35,101.50. (Dkt. 50, 52.)

Defendant made its second motion for attorneys' fees on September 17, 2015. (Dkt. 53.) On October 19, 2015, this Court granted Defendant's second motion, awarding Defendant attorneys' fees in the amount of $7,729.50.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment be and is hereby entered in favor of Defendant Jafrum International, Inc., that Plaintiff Helmet Venture, Inc. take nothing, and that Jafrum International, Inc. recover its reasonable attorneys' fees in the amount of $7,729.50.

Dated: DEC 4 2015

Hon. R. Gary Klausner
Judge. United States District Court