1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HELMET VENTURE, INC., | Case No. 2:14-cv-01307 RGK (SHx) |
|---|---|
| Plaintiff, | **CONSOLIDATED JUDGMENT** |
| v. | |
| JAFRUM INTERNATIONAL, | |
| Defendant. | |

On September 4, 2015, this Court entered judgment against Plaintiff and in Defendant's favor for attorneys' fees in the amount of $35,101.50.  (Dkt. 52.)

On December 4, 2015, this Court entered judgment against Plaintiff and in Defendant's favor for additional attorneys' fees in the amount of $7,729.50.  (Dkt. 59.)

The Court now enters this consolidated, final judgment.

1  **NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Consolidated Judgment be and is hereby entered in favor of Defendant Jafrum International, Inc., that Plaintiff Helmet Venture, Inc. take nothing, and that Jafrum International, Inc. recover its reasonable attorneys' fees in the total amount of **$42,831.00**.

Dated: 12/15/15

Hon. R. Gary Klausner
Judge, United States District Court

*Respectfully submitted by:*

Eric M. Kennedy, Bar No. 228393
emk@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922
Attorneys for Defendant
Jafrum International, Inc.

4823-6174-1100.1