# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELMET VENTURE, INC. and TEGOL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAFRUM INTERNATIONAL,<br><br>Defendant. | Case No. 2:14-cv-01307 RGK (SJHx)<br><br>[~~PROPOSED~~] AMENDED JUDGMENT |

On August 24, 2015, this Court granted Defendant Jafrum International Inc.'s ("Jafrum") motion for attorneys' fees against Plaintiffs Helmet Venture, Inc. ("Helmet") and Tegol, Inc. ("Tegol"). (Dkt. 50.) On September 4, 2015, this Court entered judgment against Helmet only and in Jafrum's favor for attorneys' fees in the amount of $35,101.50. (Dkt. 52.)

On October 19, 2015, this Court granted Jafrum's second motion for attorneys' fees against Plaintiffs Helmet and Tegol. (Dkt. 57.) On December 4, 2015, this Court entered judgment against Helmet only and in Jafrum's favor for additional attorneys' fees in the amount of $7,729.50. (Dkt. 59.)

On December 15, 2015, this Court entered a final consolidated judgment against Helmet only in the amount of $42,831.00. (Dkt. 61.)

Finding that Tegol, Inc. was inadvertently omitted from the Court's previous judgments, the Court now enters this amended judgment.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs Helmet Venture, Inc. and Tegol, Inc. take nothing and are ordered to pay Defendant Jafrum International Inc. its reasonable attorneys' fees in the total amount of $42,831.00 within 30 days of this order.

Dated: February 12, 2016

Hon. R. Gary Klausner
Judge, United States District Court

*Respectfully submitted by*:

Eric M. Kennedy, Bar No. 228393
emk@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922
Attorneys for Defendant
Jafrum International, Inc.

[Proposed] Amended Judgment.docx