**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELMET VENTURE, INC. AND TEGOL, INC.<br><br>          Plaintiff,<br><br>  v.<br><br>JAFRUM INTERNATIONAL,<br><br>          Defendant. | NO. CV 14-1307-RGK(Ex)<br><br>CERTIFICATION AND ORDER<br><br>TO SHOW CAUSE RE CONTEMPT |

IT IS ORDERED that Tegol, Inc. ("Tegol") shall appear on September 12, 2016, at 9:00 a.m., in the Courtroom of the Honorable R. Gary Klausner, United States District Judge, and then and there shall show cause, if there be any, why Tegol should not be adjudged in contempt by reason of the facts certified herein.

///
///
///
///
///
///

In accordance with 28 U.S.C. section 636(e), the Magistrate Judge certifies the following facts:[1]

1. On February 16, 2016, this Court entered an "Amended Judgment" against Tegol and Helmet Venture, Inc., and in favor of Jafrum International, Inc ("Jafrum"). The Amended Judgment ordered Tegol and Helmet Venture, Inc. to pay Jafrum the total amount of $42,831.00 within thirty (30) days of the Amended Judgment.

2. On April 20, 2016, Jafrum filed an "Application for Appearance and Examination Re: Enforcement of Judgment" seeking an order that Tegol appear for a judgment debtor examination.

3. On April 22, 2016, the Magistrate Judge issued an "Order to Appear for Examination Re: Enforcement of Judgment," requiring that Tegol appear before the Magistrate Judge on May 27, 2016, at 9:30 a.m in Courtroom 20 for a judgment debtor examination.

4. A "Proof of Personal Service, etc.," filed by Jafrum on April 28, 2016, purportedly reflects an April 26, 2016 personal

---

[1]/ The question of whether Tegol should be held in contempt on these certified facts, and the question of the appropriate sanctions to be imposed, if any, are commended to the District Judge for his consideration. See 28 U.S.C. § 636(e); see also Bingman v. Ward, 100 F.3d 653, 658 (9th Cir. 1996), cert. denied, 520 U.S. 1188 (1997); Taberer v. Armstrong World Industries, Inc., 954 F.2d 888, 903-908 (3rd Cir. 1992). The limited contempt powers granted to Magistrate Judges in the "Federal Courts Improvement Act of 2000" do not extend to the circumstances presented in the instant case. See 28 U.S.C. § 636(e).

service of Tegol through personal delivery of "Notice of Debtor's Examination" to "Aaron Golshan - Manager."

5. On May 27, 2016, at 9:30 a.m. in Courtroom 20, counsel for Jafrum appeared for Tegol's examination, but Tegol failed to appear at that time and place, except through its counsel. At the May 27, 2016 hearing, the Magistrate Judge ordered that Tegol's examination be continued to July 1, 2016, at 9:30 a.m. in Courtroom 20.

6. On July 1, 2016, at 9:30 a.m. in Courtroom 20, counsel for Jafrum appeared for Tegol's examination, but Tegol failed to appear at that time and place (through its counsel or otherwise).

DATED: July 1, 2016.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE