UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-01307-RGK (Ex) | Date | September 12, 2016 |
|---|---|---|---|
| Title | HELMET VENTURE, INC. v. JAFRUM INTERNATIONAL, INC., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jerry Rulsky | Eric Kennedy |

**Proceedings:** **ORDER TO SHOW CAUSE RE CONTEMPT [104]**

    Court and counsel confer. The parties are ordered to contact the Courtroom Deputy for Magistrate Judge Eick to schedule a Judgment Debtor Exam. The Judgment Debtor Exam must be completed within ten days.

    The Order to Show Cause is taken under submission until the completion of the Judgment Debtor Exam.

    **IT IS SO ORDERED.**

    :   01

Initials of Preparer   slw